**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Bahareh Mostajelean, California Bar No. 258903
Two Embarcadero Center, Suite 1410
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
Email:  james.goldberg@bryancave.com
Email:  bahareh.mostajelean@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:  310-576-2100
Facsimile:  310-576-2200
Email:  reboone@bryancave.com

Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; and BAC HOME LOANS SERVICING LP (for itself and erroneously sued herein as BANK OF AMERICA HOME LOANS)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESSIE L. WILLIAMS<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COUNTRYWIDE HOME LOANS, BANK OF AMERICA HOME LOANS, RECONTRUST COMPANY, N.A., BAC HOME LOANS SERVICING LP, THE MORTGAGE STORE FINANCIAL, INC.<br><br>Defendants. | Case No.: 2:10-cv-00016-FCD-KJM<br><br>**DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COUNTRYWIDE HOME LOANS, INC., RECONTRUST COMPANY, N.A., AND BAC HOME LOANS SERVICING, LP'S REPLY TO PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE'S FINDINGS AND RECOMMENDATIONS**<br><br>Assigned to Honorable Frank C. Damrell, Jr. and the Honorable Magistrate Judge Kimberly J. Mueller |

## I. INTRODUCTION

Plaintiff Lessie L. Williams ("Plaintiff") has filed an objection to Magistrate Judge Mueller's Findings and Recommendations that Defendants Mortgage Electronic Registration Systems, Inc. ("MERS"), Countrywide Home Loans, Inc. ("CHL"), ReconTrust Company, N.A. ("ReconTrust"), and BAC Home Loans Servicing, LP ("BAC") (collectively, "Defendants") motion to dismiss be granted without leave to amend.

Plaintiff's objection is premised on the claim that she was not served properly with Defendants' Motion to Dismiss and therefore was not put on notice that she had to appear and prepare an opposition. Contrary to Plaintiff's assertion, she was served with every document filed by Defendants through her attorney of record, Timothy McCandless, whom she substituted in while her case was still pending in Sacramento County Superior Court.

Moreover, Plaintiff was put on notice of her need to both oppose and appear at the hearing via the Court's Order of February 23, 2010, which was served on Plaintiff by the Court's Clerk. This Order informed Plaintiff that Defendants had filed a Motion to Dismiss, and that the Court was continuing the hearing until April 14, 2010, and that any opposition of Plaintiff was due no later than March 31, 2010.

Regardless, Plaintiff failed to oppose by March 31, 2010, and she failed to appear at the April 14, 2010 hearing. As such, the Magistrate's recommendation that this case be dismissed with prejudice is proper.

## II. PLAINTIFF FILED A SUBSTITUTION OF ATTORNEY IN SACRAMENTO COUNTY SUPERIOR COURT

On December 23, 2009, Plaintiff filed a substitution of attorney in the Superior Court of California for the County of Sacramento. Attached as Exhibit A is a true and correct copy of the Substitution of Attorney. The substitution of attorney named Timothy L. McCandless as Plaintiff's new legal representative.

On January 4, 2010, Defendants removed the action from Sacramento Superior Court to this Federal Court. Plaintiff's attorney was given notice of this removal. Moreover, the substitution of attorney was filed in this Court as Exhibit 3 of Docket #1-3.

Defendants received no notice that Plaintiff was no longer represented by Mr. McCandless until April 27, 2010, when they received a letter informing them of this fact, which has been attached as Exhibit B.

### III. DEFENDANTS PROPERLY SERVED ALL OF THEIR MOVING PAPERS ON PLAINTIFF'S ATTORNEY OF RECORD, TIMOTHY L. MCCANDLESS.

As Plaintiff had filed a substitution of attorney prior to her case being removed to this Court, Defendants properly served all of their moving papers upon her attorney, Timothy L. McCandless. Attached as Exhibits C and D are the certificates of service that were filed with each of Defendants moving papers.

Exhibit C is the certificate of service of Defendants' Motion to Dismiss and Motion to Strike, their Request for Judicial Notice, their Proposed Order and finally, their Proposed Judgment. This was filed as Docket # 5-6.

Exhibit D is the certificate of service of Defendants' Notice of Non-Receipt of Opposition and Failure to Comply with Court Order. This was filed as Docket # 9-1.

### IV. REGARDLESS, PLAINTIFF WAS ON NOTICE OF THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AS WELL AS HER DEADLINE FOR FILING AN OPPOSITION TO DEFENDANTS' MOTION.

Though Plaintiff does not attach it as an Exhibit to her Objections to the Magistrate's findings, she was also served with the Court's February 23, 2010 Order vacating the Defendants' Motion to Dismiss hearing date of March 3, 2010, and resetting it to April 14, 2010. The Order also required Plaintiff to file any opposition to Defendants' Motion to Dismiss by March 31, 2010. This Order is Attached as Exhibit E, and is also filed as Docket #7, along with a notification that it was served by mail directly to Plaintiff.

As such, Plaintiff was on Notice that Defendants had filed a Motion to Dismiss, which was set for hearing on April 14, 2010. Plaintiff's assertion in her Objections to the Magistrate's findings that she had no notice of the hearing date is belied by this Order.

### V. CONCLUSION

Defendants properly served Plaintiff's attorney with all of their moving papers in light of

SF01DOCS\18260.1  3
DEFENDANTS' REPLY TO PLAINTIFF'S OBJECTIONS – 2:10-cv-00016-FCD-KJM

the substitution of attorney filed in Sacramento County Superior Court prior to the removal of this case. Plaintiff had an obligation to notify Defendants that she was no longer represented by Mr. McCandless but she failed to do so. Defendants were not notified of this until April 27, 2010, well after the Magistrate's Findings and Recommendations were issued. As such, Defendants respectfully request that this Court adopt the Magistrate's recommendation and dismiss this case with prejudice.

Dated: May 11, 2010

**BRYAN CAVE LLP**
James Goldberg
Bahareh Mostajelean
Robert E. Boone, III

By: /s/ Bahareh Mostajelean
    Bahareh Mostajelean
    Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; and BAC HOME LOANS SERVICING LP

EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| TIMOTHY L. MCCANDLESS, ESQ. SBN 147715<br>6710 Beryl Street<br>Rancho Cucamonga, California, 91701<br>TELEPHONE NO (909)941-8300 FAX NO (Optional) (909) 382-9956<br>E-MAIL ADDRESS (Optional)<br>ATTORNEY FOR (Name) Plaintiff | ORIGINAL<br>DEC 23 2009<br>By: _____<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO<br>STREET ADDRESS 720- 9th Street<br>MAILING ADDRESS 720- 9th Street<br>CITY AND ZIP CODE Sacramento, CA, 95814<br>BRANCH NAME Gordon Schaber Downtown Courthouse | |
| CASE NAME<br>Williams vs. Mortgage Electronic Registration Systems, Inc., et. al. | |
| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER<br>34-2009-00064411 |

MC-050

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name) Lessie L. Williams   makes the following substitution.

1  **Former legal representative**  [✓] Party represented self   [ ] Attorney (name)
2  **New legal representative**      [ ] Party is representing self*  [✗] Attorney
   a  Name Timothy L. McCandless, Esq.   b  State Bar No (if applicable) 147715
   c  Address (number, street, city, ZIP, and law firm name, if applicable)
      Timothy L. McCandless, Esq.; 6710 Beryl Street, Rancho Cucamonga, California, 91701

   d  Telephone No (include area code) (909)941-8300
3  The party making this substitution is a   [✓] plaintiff  [ ] defendant  [ ] petitioner  [ ] respondent  [ ] other (specify)

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. **SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.**

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4  I consent to this substitution
   Date  12/15/09
   Lessie L. Williams
   (TYPE OR PRINT NAME)                               (SIGNATURE OF PARTY)

5  [✓] I consent to this substitution
   Date  12/15/09
   Lessie L. Williams
   (TYPE OR PRINT NAME)                               (SIGNATURE OF FORMER ATTORNEY)

6  [✓] I consent to this substitution
   Date  December 15, 2009
   Timothy L. McCandless, Esq.
   (TYPE OR PRINT NAME)                               (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                    Page 1 of 2

| Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev January 1, 2007] | **SUBSTITUTION OF ATTORNEY—CIVIL**<br>(Without Court Order) | Code of Civil Procedure, §§ 284(1), 285,<br>Cal Rules of Court, rule 3 1362<br>American LegalNet, Inc<br>www.FormsWorkflow.com  www.courtinfo.ca.gov |

| CASE NAME | CASE NUMBER |
|---|---|
| Williams vs. Mortgage Electronic Registration Systems, Inc., et. al. | 34-2009-00064411 |

MC-050

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail*

1  I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred My residence or business address is *(specify)*

2  I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid

   (1) Date of mailing                    (2) Place of mailing *(city and state)*

3  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Date


_____          _____
(TYPE OR PRINT NAME)                                   (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4  a  Name of person served   RECONTRUST COMPANY, N.A.
   b  Address *(number, street, city, and ZIP)*
      2380 PERFORMANCE DRIVE
      RICHARDSON, TX, 75082
   c  Name of person served   THE CORPORATION TRUST CO., AGENT OF SERVICE FOR "MERS"
   d  Address *(number, street, city, and ZIP)*
      1209 ORANGE STREET
      WILMINGTON, DE, 19801
   e  Name of person served   THE MORTGAGE STORE FINANCIAL INC.
   f  Address *(number, street, city, and ZIP)*
      727 WEST 7TH STREET, STE #850
      LOS ANGELES, CA, 90017
   g  Name of person served   COUNTRYWIDE HOME LOANS
   h  Address *(number, street, city, and ZIP)*
      1777 COUNTRYWIDE WAY
      LANCASTER, CA, 93536
   i  Name of person served   BANK OF AMERICA HOME LOANS
   j  Address *(number, street, city, and ZIP)*
      P.O. BOX #10221
      VAN NUYS, CA, 91410-0221

   [ ] List of names and addresses continued in attachment

# EXHIBIT B

LAW OFFICE OF
**Timothy L. McCandless, Esq.**
1881 BUSINESS CENTER DRIVE
SAN BERNARDINO, CA 92408
(760) 890-9192   Fax 909-382-9956

April 27, 2010

RE:   <u>Lessie Williams – U.S. District Court Case #2:10-cv-00016-FCD-KJM</u>

Dear: Bryan Cave LLP,

This is a courtesy notice to address the enclosed documents sent to our office. Please be advised that we are not the attorney of record for Ms. Williams. Please see the attached case summary page that does not show an attorney of record for Plaintiff. If you have any questions, please feel free to call our office.

Regards,

*[signature]*

TIMOTHY L. MCCANDLESS

/sck

Cc: file/client

## 2:10-cv-00016-FCD-KJM (PS) Williams v. Mortgage Electronic Registration Systems, Inc. et al
Frank C. Damrell, Jr, presiding
Kimberly J. Mueller, referral
**Date filed:** 01/04/2010
**Date of last filing:** 04/22/2010

# Case Summary

**Office:** Sacramento
**Jury Demand:** None
**Nature of Suit:** 220
**Jurisdiction:** Federal Question
**County:** Sacramento
**Origin:** 2
**Lead Case:** None
**Related Case:** None

**Filed:** 01/04/2010
**Demand:**
**Cause:** 28:1444 Petition for Removal- Foreclosure
**Disposition:**
**Terminated:**
**Reopened:**

**Other Court Case:** 34-2009-00064411 [Sacramento County Superior Court]

**Def Custody Status:**
**Flags:** CIVIL, PRO_SE

| | | |
|---|---|---|
| **Defendant:** Mortgage Electronic Registration Systems, Inc. | represented by | Bahareh Mostajelean<br>Phone: 415-675-3400<br>Fax: 415-675-3434<br>Email: bahareh.mostajelean@bryancave.com |
| **Defendant:** Countrywide Home Loans | represented by | Bahareh Mostajelean<br>Phone: 415-675-3400<br>Fax: 415-675-3434<br>Email: bahareh.mostajelean@bryancave.com |
| **Plaintiff:** Lessie L. Williams | | |
| **Defendant:** Bank of America Home Loans | represented by | Bahareh Mostajelean<br>Phone: 415-675-3400<br>Fax: 415-675-3434<br>Email: bahareh.mostajelean@bryancave.com |
| **Defendant:** Recontrust Company, N.A. | represented by | Bahareh Mostajelean<br>Phone: 415-675-3400<br>Fax: 415-675-3434<br>Email: bahareh.mostajelean@bryancave.com |
| **Defendant:** BAC Home Loans Servicing LP | represented by | Bahareh Mostajelean<br>Phone: 415-675-3400<br>Fax: 415-675-3434<br>Email: bahareh.mostajelean@bryancave.com |
| **Defendant:** The Mortgage Store Financial, Inc. | represented by | Bahareh Mostajelean<br>Phone: 415-675-3400<br>Fax: 415-675-3434<br>Email: bahareh.mostajelean@bryancave.com |

| PACER Service Center |
|---|
| |

# EXHIBIT C

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Bahareh Mostajelean, California Bar No. 258903
Two Embarcadero Center, Suite 1410
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: james.goldberg@bryancave.com
Email: bahareh.mostajelean@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email: reboone@bryancave.com

Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; and BAC HOME LOANS SERVICING LP (for itself and erroneously sued herein as BANK OF AMERICA HOME LOANS)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESSIE L. WILLIAMS<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COUNTRYWIDE HOME LOANS, BANK OF AMERICA HOME LOANS, RECONTRUST COMPANY, N.A., BAC HOME LOANS SERVICING LP, THE MORTGAGE STORE FINANCIAL, INC.<br><br>Defendants. | Case No. 2:10-CV-00016-FCD-KJM<br><br>**CERTIFICATE OF SERVICE** |

1  I, Marilou P. Sana, declare:

2  I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: Two Embarcadero Center, Suite 1410, San Francisco, CA 94111, and my email address is: malou.sana@bryancave.com.

On January 11, 2010, I caused to be served on the interested parties in said action the within:

**NOTICE OF MOTION AND MOTION OF DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COUNTRYWIDE HOME LOANS, INC., RECONTRUST COMPANY, N.A., AND BAC HOME LOANS SERVICING, LP TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6); NOTICE OF MOTION AND MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

**DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COUNTRYWIDE HOME LOANS, INC., RECONTRUST COMPANY, N.A., AND BAC HOME LOANS SERVICING, LP'S REQUEST FOR JUDICIAL NOTICE**

**[PROPOSED] JUDGMENT AFTER GRANTING DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COUNTRYWIDE HOME LOANS, INC., RECONTRUST COMPANY, N.A., AND BAC HOME LOANS SERVICING, LP'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COUNTRYWIDE HOME LOANS, INC., RECONTRUST COMPANY, N.A., AND BAC HOME LOANS SERVICING, LP'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

Timothy L. McCandless, Esq.
6710 Beryl Street
Rancho Cucamonga, CA 91701
Tel: 909-941-8300

[ X ] **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

1     [ ] **BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

2

3     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4     Executed on January 11, 2010, at San Francisco, California.

5

6   Marilou P. Sana

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

SF01DOCS\16296.1      3      CERTIFICATE OF SERVICE

# EXHIBIT D

1  **BRYAN CAVE LLP**
   James Goldberg, California Bar No. 107990
2  Bahareh Mostajelean, California Bar No. 258903
   Two Embarcadero Center, Suite 1410
3  Telephone:   (415) 675-3400
   Facsimile:    (415) 675-3434
4  Email:    james.goldberg@bryancave.com
   Email:    bahareh.mostajelean@bryancave.com
5
   **BRYAN CAVE LLP**
6  Robert E. Boone III, California Bar No. 132780
   120 Broadway, Suite 300
7  Santa Monica, CA  90401-2386
   Telephone:   (310) 576-2100
8  Facsimile:    (310) 576-2200
   Email:    reboone@bryancave.com
9
   Attorneys for Defendants
10 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COUNTRYWIDE HOME
   LOANS, INC.; RECONTRUST COMPANY, N.A.; and BAC HOME LOANS SERVICING LP
11 (for itself and erroneously sued herein as BANK OF AMERICA HOME LOANS)

12
                           **UNITED STATES DISTRICT COURT**
13
                           **EASTERN DISTRICT OF CALIFORNIA**
14

15 | LESSIE L. WILLIAMS | Case No.  2:10-CV-00016-FCD-KJM |
16 |                    | **CERTIFICATE OF SERVICE**      |
17 |    Plaintiff,      |                                 |
18 |    vs.             |                                 |
19 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., |  |
20 | COUNTRYWIDE HOME LOANS, BANK OF AMERICA HOME LOANS, |  |
21 | RECONTRUST COMPANY, N.A., BAC HOME LOANS SERVICING LP, THE |  |
22 | MORTGAGE STORE FINANCIAL, INC. |  |
23 |    Defendants.     |                                 |

24
25
26
27
28

I, Marilou P. Sana, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: Two Embarcadero Center, Suite 1410, San Francisco, CA 94111, and my email address is: malou.sana@bryancave.com.

On April 8, 2010, I caused to be served on the interested parties in said action the within:

**DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COUNTRYWIDE HOME LOANS, INC., RECONTRUST COMPANY, N.A., AND BAC HOME LOANS SERVICING, LP'S NOTICE OF NON-RECEIPT OF OPPOSITION AND FAILURE TO COMPLY WITH COURT ORDER**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

Timothy L. McCandless, Esq.
6710 Beryl Street
Rancho Cucamonga, CA 91701

[ X ] **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] **BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 8, 2010, at San Francisco, California.

_Marilou P. Sana_                    _/s/ Marilou P. Sana_

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESSIE WILLIAMS,

    Plaintiff,   No. CIV S-10-16 FCD KJM PS

    vs.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, et al.,

    Defendant.   ORDER
_____/

    This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Calendared for hearing on March 3, 2010 is defendant's motion to dismiss. No opposition to the motion has been filed.

    Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of March 3, 2010 is vacated. Hearing on defendant's motion is continued to April 14, 2010 at 10:00 a.m. in courtroom no. 26.

2. Plaintiff shall file opposition, if any, to the motion no later than March 31, 2010. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: February 23, 2010.

_____
U.S. MAGISTRATE JUDGE

006
williams-mers.nop